Leonard J. McDonald, Jr.
State Bar No. 014228
William M. Fischbach III
State Bar No. 019769

**TB** **TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016–4237
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
E-Mail: ljm@tblaw.com; wmf@tblaw.com

*Attorneys for Wells Fargo Bank NA*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 4:09-bk-8977-TUC-JMM |
| HENRY GALLARDO and ANNETTE M. GALLARDO | Adv. No. 4:09-ap-01155-JMM |
| Debtors/Respondents | CLAIMANT'S ANSWER TO DEBTOR'S COMPLAINT OBJECTING TO PROOF OF CLAIM OF WELLS FARGO BANK NA AND CLAIMS FOR AFFIRMATIVE DAMAGES BY WAY OF RECOUPMENT INCLUDING MONETARY DAMAGES ABOVE THE AMOUNT OF THE ORIGINAL NOTE AND RECISSION [SIC] |
| vs. | |
| WELLS FARGO BANK NA | |
| Claimant/Defendant, | |
| and | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") | |
| Defendant. | |

Claimant/Defendant Wells Fargo Bank NA ("Wells Fargo"), by and through counsel undersigned, hereby submits its Answer to Debtors' Complaint Objecting to Proof of Claim of Wells Fargo Bank NA and Claims For Affirmative Damages by Way

of Recoupment Including Monetary Damages Above the Amount of the Original Note and Recission [Sic] ("the Complaint"):

1. In the Complaint, Debtors have failed to state their claims or defenses in separate numbered paragraphs. Rather, the Complaint takes the form of a prolix 53-page essay with dozens of tangential footnotes. This is in violation of Federal Rule of Civil Procedure 10(b), which applies to this proceeding. Fed. R. Bank. P. 7010.

2. As a result of Debtors' failure to follow the basic rules of pleading, Wells Fargo is unable to respond to any individualized allegations.

3. To the extent Debtors' defective Complaint makes any factual allegations, Wells Fargo is without information or belief sufficient to admit or deny these allegations, and they are therefore denied.

4. To the extent Debtors' defective Complaint makes any generalized statements of opinion or legal conclusions, those allegations are denied.

5. Wells Fargo admits this is a core proceeding.

6. Wells Fargo admits venue is proper with this Court.

7. Any statement or allegation in the Complaint not expressly admitted is denied.

8. As a separate defense, Wells Fargo states that the Complaint fails to state a claim upon which relief can be granted, as it fails to comply with Federal Rule of Civil Procedure 10(b). Fed. R. Civ. P. 12(b)(6); Fed. R. Bank. P. 7010.

**WHEREAS**, Wells Fargo respectfully requests that the Court enter judgment in favor of Wells Fargo and against Debtors as follows:

1. Entering an order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), or alternatively, entering an order directing Debtors to serve an amended Complaint that complies with Federal Rule of Civil Procedure 10(b);

2. Denying any and all relief requested by Debtor;

3. Awarding attorneys fees and costs as may be permissible under the law;

1    4.    Granting any further relief to which Wells Fargo is entitled under the law.

2         Dated this 20th day of October, 2009

3         **TB  TIFFANY & BOSCO**
                      **P.A.**

4

5         By:  /s/  William M. Fischbach III

6              Leonard J. McDonald
              William M. Fischbach III

7              Third Floor Camelback Esplanade II

8              2525 East Camelback Road
              Phoenix, Arizona 85016-4237

9              *Attorneys for Wells Fargo NA*

10   ORIGINAL filed electronically with the United

11   States Bankruptcy Court, District of Arizona,
     this 20th day of October, 2009, and a copy mailed

12   the 20th day of October to:

13   Ronald Ryan

14   Ronald Ryan PC
     1413 East Hedrick Drive

15   Tucson, AZ 85719

16   Attorney for Debtor/Respondent

17

18   By:    Paula D. Hillock

19

20

21

22

23

24

25

26

27

28